**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Yanet Lavado          JOINT DEBTOR:_____     CASE NO.:_____
Last Four Digits of SS# 9352          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.     $ 2080.06  for months  1 to  60 ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $1000 Balance Due $ 2650
                 payable $ 44.17 /month  (Months  1 to  60 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens  on Real or Personal Property:

1.  Select Portfolio Servicing, Inc.          Arrearage on Petition Date  $ 28,536.97
Address: POB 65250                 Arrears Payment        $ 475.62 /month (Months  1 to  60 )
Salt Lake City, UT 84165-0250          Regular Payment       $ 1,046.27   /month (Months  1 to  60 )
Account No:  xxxx2696

2.  The Moors Master Association           Arrearage on Petition Date  $ 8160.00
Address: c/o First Service Residential      Arrears Payment        $ 136.00      /month (Months  1 t o 60 )
POB 028104                       Regular Payment       $ 170.00      /month (Months  1 to  60 )
Miami. FL 33102
Account No:  xxx1101

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                  Total Due  $_____
                 Payable      $_____ /month (Months____ to ___)  Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 /month  (Months 1 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq.                    _____
Attorney for the Debtor                 Joint Debtor
Date: 2-28-17                    Date:_____

LF-31 (rev. 01/08/10)