UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

YANET LAVADO ,                              CASE NO.: 17-12457-RAM
                                            CHAPTER 13
    Debtor(s).

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*Subject Property: 6369 NW 173RD ST, HIALEAH, FL 33015*

    **COMES NOW**, SHD LEGAL GROUP P.A., attorneys for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8, its successors and assigns, secured creditor, and party in interest, and hereby enters its appearance in the above-styled cause. Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

    Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or

control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

SHD LEGAL GROUP P.A.
PO BOX 19519
Fort Lauderdale, FL 33318

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, March 8, 2017, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

YANET LAVADO
6369 NW 173RD ST, HIALEAH, FL 33015-4466
*Debtor(s)*

ROBERT SANCHEZ, ESQ
355 W 49 ST., HIALEAH, FL 33012
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806, MIRAMAR, FL 33027
*Trustee*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204, MIAMI, FL 33130
*U.S. Trustee*

SHD Legal Group P.A.
**Attorneys for Creditor**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
E-mail: jkligler@shdlegalgroup.com

By:  /s/ Joshua C. Kligler
     Joshua C. Kligler
     Florida Bar No.69397