UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

YANET LAVADO,                                             CASE NO.: 17-12457-RAM
                                                         CHAPTER 13
    Debtor(s).
_____/

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
*Subject Property: 6369 NW 173RD ST, HIALEAH, FL 33015*

Creditor, THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8 ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, YANET LAVADO ("Debtor") Chapter 13 Plan [D.E. 8], and states:

1.    **Summary of Objection**: The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Debtor's contractual obligations under the Note and Mortgage.

2.    **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on February 28, 2017.  The Creditor is a secured creditor, holding a security interest in the subject property located at 6369 NW 173RD ST, HIALEAH, FL 33015 ("Property").

3.    **The Plan Fails to Conform to the Creditor's Business Records:** The Plan provides for monthly payments to the Creditor in the amount of $1,046.27, and arrears of

$28,536.97. Although the proposed regular monthly payments appear to comply with the Debtor's contractual obligation, the Plan fails to satisfy the arrears on this loan, which, upon information and belief, are in an excess of $43,997.52. The claims bar date is July 19, 2017, and the Creditor intends to file a proof of claim by this date. The loan is past due for the December 1, 2014 payment.

**WHEREFORE**, Creditor respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor to conform the Plan to the Creditor's records, and for such other and further relief that this Court deems just, equitable and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, March 17, 2017, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

YANET LAVADO
6369 NW 173RD ST
HIALEAH, FL 33015-4466
*Debtor(s)*

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

                                            SHD Legal Group P.A.
                                            **Attorneys for Creditor**
                                            PO BOX 19519
                                            Fort Lauderdale, FL 33318
                                            Phone: (954) 564-0071
                                            Fax:  (954) 564-9252
                                            E-mail: jkligler@shdlegalgroup.com

                                            By:  /s/ Joshua C. Kligler
                                                 Joshua C. Kligler
                                                 Florida Bar No.69397