

**ORDERED in the Southern District of Florida on June 22, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Yanet Lavado                                                Case No: 17-12457-RAM

                                                                                    Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

**THIS MATTER** having come to be heard on this 13th day of June, 2017 upon Debtor's

Motion to Waive Requirement of Wage Deduction Order [ECF#23], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.