| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 YANET LAVADO | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the SOUTHERN DISTRICT OF FLORIDA | |
| Case number 17-12457 | |

Official Form 410S1

# Notice of Mortgage Payment Change                                          12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: The Bank of New York Mellon, f/k/a, The Bank of New York, as trustee, for the benefit of the registered holders of Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8

**Court claim no**. (if known): 1

**Last four digits** of any number you use to identify the debtor's account:   2696

**Date of payment change: 10/01/2021**
Must be at least 21 days after date of this notice

**New total payment:**     $ 1334.11
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

    ☐ No

    ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    **Current escrow payment:** $660.04        **New escrow payment:** $596.96

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** _____%        **New interest rate:** _____%

    **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

Debtor 1 <u>YANET LAVADO</u>  Case Number (*If known*):17-12457
First Name   Middle Name   Last Name

| Part 3: | Other Payment Change |

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

| Part 4: Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*ReShaundra M. Suggs*
Signature

Date 07/23/2021

**Print:** ReShaundra M Suggs
First Name   Middle Name   Last Name

Title  Attorney

Company: Choice Legal Group PA

Address
Number   Street
PO Box 771270, Coral Springs FL 33077
City   State   Zip Code

Contact phone: 954-453-0365    Contact Email: reshaundra.suggs@clegalgroup.com

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Payment Change of The Bank of New York Mellon, f/k/a, The Bank of New York, as trustee, for the benefit of the registered holders of Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and or electronically mailed this 23rd day of July, 2021.

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone:    (954) 453-0365/1-800-441-2438
Facsimile:     (954) 771-6052
reshaundra.suggs@clegalgroup.com

By: _ReShaundra M. Suggs_
ReShaundra M. Suggs, Esq.
Bar Number: 77094

Mailing List for Bankruptcy Case No:17-12457-RAM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE., SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
POB 279806
MIRAMAR, FL 33027

YANET LAVADO
6369 NW 173RD ST
HIALEAH, FL 33015-4466

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012



June 7, 2021


ANET LAVADO
69 NW 173 ST
HIALEAH, FL 33015

**Account Number:**
**Property Address:** 6369 NW 173RD ST
HIALEAH, FL 33015

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 10/01/2021) | Change |
|---|---|---|---|
| **Principal and Interest** | | $737.15 | |
| **Regular Escrow Payment** | $558.54 | $596.96 | $38.42 |
| **Monthly Shortage Payment** | $101.50 | $0.00 | $-101.50 |
| **Total Payment** | | $1,334.11 | $-63.08 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 10/01/2021) | Change |
|---|---|---|---|
| Tax Disbursements | $1,583.42 | $1,621.59 | $38.17 |
| Hazard Insurance Disbursements | $5,119.00 | $5,542.00 | $423.00 |
| Total Annual Escrow Disbursements | $6,702.42 | $7,163.59 | $461.17 |
| Monthly Escrow Payment | $558.54 | $596.96 | $38.42 |
| Monthly Shortage Payment | $101.50 | $0.00 | $-101.50 |

See reverse side



B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Surplus** – The actual beginning balance on your account in Tables 3 and 4 is $1,701.33. According to the projections shown in Tables 3 and 4, your required beginning balance should be $1,193.99.

This means you have a surplus of $507.34. If your account meets minimum criteria defined below, we will send a refund check for this surplus under separate cover for the full or partial refund[1].

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $0.00. This amount has been removed from the projected starting balance.

Your total refund is $507.34, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $1,701.33 - $1,193.99 = $507.34.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-6,280.22 |
| November 2020 | COUNTY TAX | 558.54 | 3,061.51 E | 1,583.42 | 1,621.59 * | -4,840.30 |
| December 2020 | | 558.54 | 1,071.82 E | 0.00 | 0.00 | -3,768.48 |
| January 2021 | | 558.54 | 535.91 E | 0.00 | 0.00 | -3,232.57 |
| February 2021 | | 558.54 | 535.91 E | 0.00 | 0.00 | -2,696.66 |
| March 2021 | | 558.54 | 535.91 E | 0.00 | 0.00 | -2,160.75 |
| April 2021 | | 558.54 | 535.91 E | 0.00 | 0.00 | -1,624.84 |
| May 2021 | FLOOD INS | 558.54 | 0.00 E | 0.00 | 582.00 * | -2,206.84 |
| June 2021 | HAZARD INS | 558.54 | 6,888.05 E | 0.00 | 4,960.00 * | -278.79 |
| July 2021 | HAZARD INS | 558.54 | 660.04 E | 4,541.00 | 0.00 E | 381.25 |
| July 2021 | FLOOD INS | 0.00 | 0.00 E | 578.00 | 0.00 E | 381.25 |
| August 2021 | | 558.54 | 660.04 E | 0.00 | 0.00 E | 1,041.29 |
| September 2021 | | 558.54 | 660.04 E | 0.00 | 0.00 E | 1,701.33 |

See reverse side

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
|  | Starting Balance |  |  | $1,701.33 | $1,193.99 |
| October 2021 |  | 596.96 | 0.00 | 2,298.29 | 1,790.95 |
| November 2021 | COUNTY TAX | 596.96 | 1,621.59 | 1,273.66 | 766.32 |
| December 2021 |  | 596.96 | 0.00 | 1,870.62 | 1,363.28 |
| January 2022 |  | 596.96 | 0.00 | 2,467.58 | 1,960.24 |
| February 2022 |  | 596.96 | 0.00 | 3,064.54 | 2,557.20 |
| March 2022 |  | 596.96 | 0.00 | 3,661.50 | 3,154.16 |
| April 2022 |  | 596.96 | 0.00 | 4,258.46 | 3,751.12 |
| May 2022 |  | 596.96 | 0.00 | 4,855.42 | 4,348.08 |
| June 2022 |  | 596.96 | 0.00 | 5,452.38 | 4,945.04 |
| July 2022 | HAZARD INS | 596.96 | 4,960.00 | 1,089.34 | 582.00 |
| July 2022 | FLOOD INS | 0.00 | 582.00 | 507.34 | 0.00** |
| August 2022 |  | 596.96 | 0.00 | 1,104.30 | 596.96 |
| September 2022 |  | 596.96 | 0.00 | 1,701.26 | 1,193.92 |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

[1] Refund Information

Although our analysis determined an overage in your escrow account, a check may not be issued. This may be due to one or more of the following.

- An overage refund that exceeds your current escrow balance may not be refunded in one check. Funds currently available and held in escrow will be refunded, but any remaining difference between the previous refund and the full refund will be sent once the funds become available in the escrow account. If the additional funds are not available in the escrow account within 30 days of this statement, please contact us to review your account to determine if any additional refund is available to be sent. The refund amount from statement is a projection of the funds that will be in your account in the future, not the amount of the funds that are currently in your account.
- Overages are not refunded when an account is delinquent. Please review your payment history and due date for your account. If it is 90 days or greater past due, an escrow refund will not be sent until the payments have been made. Once your mortgage payments are current, please request a refund of your escrow overage amount. Your refund amount may vary at that time from the amount listed on this statement as additional escrow activity may change the amount eligible for a refund.

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side